# UNITED STATES DISTRICT COURT

|  WESTERN  | District of | ARKANSAS |

UNITED STATES OF AMERICA
V.

NOAH K. CRAIG

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:     5:12CR50044-001
USM Number:     11111-010

Jack Schisler
Defendant's Attorney

**THE DEFENDANT:**

X admitted violation numbers _One (1), Two (2), and Three (3)_ of the petition filed on April 15, 2015.
X admitted violation numbers _Four (4), Five (5), and Six (6)_ of the supplemental petition filed on October 13, 2015.
X admitted violation numbers _Nine (9) and Ten (10)_ of the supplemental petition filed on November 10, 2015.
X admitted in part violation number _Seven (7)_ of the supplemental petition filed on November 10, 2015.
X deferred adjudication in part on violation number _Seven (7)_ of the supplemental petition filed on November 10, 2015.
X deferred adjudication on violation numbers _Eight (8) and Eleven (11)_ of the supplemental petition filed on November 10, 2015.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One (1) | Standard No. 2: Failed to Report as Directed | April 5, 2015 |
| Two (2) | Standard No. 7: Use of Marijuana | February 19, 2015 |
| Three (3) | Standard No. 6: Failed to Report Change of Address | March 16, 2015 |
| Four (4) | Standard No. 3: Failed to Follow Instructions of Probation Officer | October 1, 2015 |
| Five (5) | Modified No. 2: Failed to Abide by Curfew | October 5, 2015 |
| Six (6) | Modified No. 1: Failed to Abide by Restriction to Reside With Father | October 5, 2015 |
| Seven (7) | Law Violation: Arrested for Revoked Driver's License | November 4, 2015 |
| Nine (9) | Standard No. 11: Failed to Notify Officer of Arrest | November 4, 2015 |
| Ten (10) | Modified No 2: Failed to Abide by Curfew | November 4, 2015 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  xxx-xx-2785

Defendant's Date of Birth:  xx-xx-1987

Defendant's Residence Address:
xxxxxxxxxxxxxxxxxx
Lowell, AR 72745

Defendant's Mailing Address:
Same as above

November 12, 2015
Date of Imposition of Judgment

_/s/ Signature of Judge_

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

November 16, 2015
Date

DEFENDANT: NOAH K. CRAIG
CASE NUMBER: 5:12CR50044-001

## ADDITIONAL COUNTS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Seven (7) | Law Violation: Arrest for DWI 3rd Offense | November 4, 2015 |
| Eight (8) | Standard No. 6: Fail to Notify of Change in Employment | November 4, 2015 |
| Eleven (11) | Modified No. 3: No Consumption of Alcohol | November 4, 2015 |

Judgment — Page 3 of 5

DEFENDANT: NOAH K. CRAIG
CASE NUMBER: 5:12CR50044-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **Thirteen (13) months.  No term of supervised release to follow is imposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: NOAH K. CRAIG
CASE NUMBER: 5:12CR50044-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ - 0 - | $ 1,802.00* (*remaining balance) | $ - 0 - |

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    X the interest requirement is waived for    X fine    ☐ restitution.

    ☐ the interest requirement for    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: NOAH K. CRAIG
CASE NUMBER: 5:12CR50044-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  **X**  Lump sum payment of $ __1,802.00__ due immediately, balance due

☐ not later than _____, or
**X** in accordance  ☐ C, ☐ D, ☐ E, or  **X** F below); or

B  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  **X**  Special instructions regarding the payment of criminal monetary penalties:

If not paid immediately, any unpaid financial penalty shall be payable during the period of imprisonment in quarterly installments of $25.00 or 10% of defendant's quarterly earnings, whichever is greater. The payment of any remaining balance shall be an obligation owed by the defendant to be collected by the United States government.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.